E-FILED
Tuesday, 30 December, 2014  03:42:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC | ) ) ) |
| Plaintiff, | ) ) 3:13-cv-03379-CSB-DGB |
| v. | ) ) ) |
| A.F. HAUSER, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**                                              **DEFENDANT**

DR. MARK W. STURDY d/b/a                       A.F. HAUSER, INC.,
ROCHESTER VETERINARY CLINIC

/s/ Daniel A. Edelman                                   /s/ Michael E. Raub
Daniel A. Edelman                                         s/ Michael E. Raub
Dulijaza (Julie) Clark                                    Heyl, Royster, Voelker & Allen
EDELMAN, COMBS, LATTURNER &         Suite 300, 102 E. Main Street
GOODWIN, LLC                                           P.O. Box 129
20 South Clark Street, Suite 1500                Urbana, IL 61803-0129
Chicago, IL 60603                                         217-344-0060
(312) 739-4200                                             *Counsel for Defendant*
*Counsel for Plaintiff*

Philip R Torf, R.Ph., J.D
Torf Law Firm
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
847-564-4200
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on December 30, 2014, I electronically filed the preceding with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following registered users:

Michael E Raub mraub@heylroyster.com, urbecf@heylroyster.com

Philip Richard Torf philtorf@torflaw.com

                                         /s/ Dulijaza Clark
                                         Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)